SCA29420 / Summons Iss.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26



**09-CV-01401-CMP**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

(Seattle)

**C09 1401** MJP

|  |  |
|---|---|
| LAUGHING RABBIT, INC., an Oregon corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>SAMANTHA STEVER d/b/a RABBITLIGHTS.COM,<br><br>        Defendant. | Civil Action No.<br><br>COMPLAINT FOR PATENT AND TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION |

Plaintiff, Laughing Rabbit, Inc., doing business as LRI (hereinafter "LRI"), for its complaint against Defendant Samantha Stever doing business as "www.rabbitlights.com" or "Samantha Rabbit" (hereinafter "Stever" or "rabbitlights") alleges as follows:

**THE PARTIES**

1.    Plaintiff LRI is a corporation of the State of Oregon, having a business address of 20448 Highway 36, Blachly, Oregon 97412.

2.    On information and belief, Defendant Samantha Stever is an individual having a business address of 17200 Newhope Street, Unit 33B, Fountain Valley, California 92708.

BLACK LOWE & GRAHAM PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

3.    On information and belief, Defendant Samantha Stever occasionally does business under the fictitious names "Samantha Rabbit" and/or "Sally Stevers."

4.    On information and belief, Defendant Samantha Stever is also doing business under the fictitious name "www.plurlight.com."

## JURISDICTION AND VENUE

5.    This civil action arises under the design patent laws of the United States, 35 U.S.C. §§ 271, 281, 283, 284, 285, 289; the federal unfair competition laws of the United States, 15 U.S.C. § 1125(a) [Lanham Act § 43(a)]; The Federal Trademark Laws of the United States; 15 U.S.C. § 1114 [Lanham Act § 32]; and under the Washington State Consumer Protection Act R.C.W. 19.86.020, *et seq.*  Thus, this Court has jurisdiction of this civil action under 28 U.S.C. §§ 1338(a) and 1338(b) and supplemental jurisdiction under 28 U.S.C. § 1367(a)

6.    Venue with respect to the Defendant is properly laid in the United States District Court for the Western District of Washington pursuant to 28 U.S.C. § 1391(b)(1) as well as under 28 U.S.C. § 1400(b) because on information and belief the Defendant resides in the Western District of Washington within the meaning of 28 U.S.C. § 1397(c) and is doing business therein and/or is an individual having committed acts of infringement and having a regular and established place of business within this judicial district.

## FACTS COMMON TO ALL COUNTS

7.    LRI is a manufacturer and wholesale distributor of specialty lighting products including the light emitting diode (hereinafter "LED") flashlights shown on page 3 of Exhibit A attached hereto, and herein referred to as the "Photon Micro-Light®," or Photon® I, II, and III products.

8.    LRI has since at least as early as 1994 made, sold and transported in interstate commerce, and throughout the State of Washington, over one million of its Photon® products shown on page 3 of Exhibit A attached hereto.  LRI's customers for these products include Recreational Equipment, Inc., Army-Air Force Exchanges, Meijers, Sport Chalet, L.L. Bean,

**BLACK LOWE & GRAHAM** PLLC

COMPLAINT FOR PATENT AND TRADEMARK
INFRINGEMENT AND UNFAIR COMPETITION - 2

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

S:\Clients\L\LAUG\6-Litigation\6-1833 (SAMANTHA STEVER)\COMPLAINT.doc

1    Q.V.C. and other national retailers.  LRI's Photon® products are also available online through

2    "www.photolight.com."

3        9.    LRI's Photon® product configuration shown in Exhibit A is primarily non-

4    functional and visually distinctive, is prominently displayed to LRI's customers and to the

5    purchasing public through packaging shown in Exhibit B attached hereto, and is recognized by

6    LRI's customers as an indicator of source.  LRI's use of the Photon® design has been exclusive

7    and continuous and has resulted in that product configuration having acquired a secondary

8    source-indicating significance with LRI's customers.    LRI has extensively advertised the

9    Photon® configuration product configuration to its customers.

10        10.    On information and belief, Defendant Samantha Stever is a retail distributor of a

11    variety of consumer products including LED flashlights.

12        11.    On information and belief, Defendant Samantha Stever has since at least as early

13    as August 27, 2008 offered to sell LED flashlights substantially identical in appearance to that

14    shown in Exhibit C attached hereto to the public at www.rabbitlights.com.  Exhibit C is a true

15    and accurate copy of photographs of the products offered for sale by and distributed by

16    Defendant Samantha Stever.   The Defendant's product shown in Exhibit C is substantially

17    identical in external, nonfunctional appearance to LRI's Photon® products shown in Exhibit A

18    attached hereto.

19        12.    On information and belief, Defendant Samantha Stever has been engaged in the

20    retail sale of LED flashlights shown in Exhibit C attached hereto in this Judicial District and may

21    still be selling such products.

22        13.    Defendant Samantha Stever was placed on notice of LRI's rights, by letter dated

23    September 24, 2008, a copy of which is attached hereto as Exhibit D.  On information and belief,

24    Defendant Samantha Stever continued to sell the accused product thereafter.

25

26

COMPLAINT FOR PATENT AND TRADEMARK
INFRINGEMENT AND UNFAIR COMPETITION - 3

S:\Clients\L\LAUG\6-Litigation\6-1833 (SAMANTHA_STEVER)\COMPLAINT.doc

BLACK LOWE & GRAHAM ᴾᴸᴸᶜ

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

**CLAIM FOR RELIEF, COUNT I**

<u>Violation of Consumer Protection Act</u>

14.    LRI repeats and realleges each and every allegation of paragraphs 1 - 13 as if recited herein.

15.    The above described acts of Defendant Samantha Stever, constitute an unfair or deceptive act or practice and an unfair method of competition in the conduct of trade or commerce in violation of R.C.W. 19.86.020 *et seq.* that have infringed LRI's common law trademark rights and thereby injured LRI in its business and property.

16.    Defendant's aforesaid acts have been knowing, willful and without Plaintiff's permission and have been intended to trade on LRI's goodwill in the State of Washington.

**CLAIM FOR RELIEF, COUNT II**

<u>Federal Unfair Competition</u>

17.    LRI repeats and realleges each and every allegation of paragraphs 1 through 16 as if recited herein.

18.    Defendant's aforesaid product identified in Exhibit C is a false designation of origin, which is likely to confuse the public into believing that there is an affiliation, connection or association between the source of the Defendant's aforesaid product, and the source of LRI's products shown in Exhibit A.

19.    LRI is likely to be damaged by such confusion as to affiliation, connection or association of the type described.

20.    The Defendant's aforesaid acts have been knowing, willful and without LRI's prior knowledge or consent and are therefore a violation of the Plaintiff's rights under 15 U.S.C. § 1125(a) [§ 43(a) of the Lanham Act].

BLACK LOWE & GRAHAM ᴾᴸᴸᶜ

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1

**CLAIM FOR RELIEF, COUNT III**

2

Design Patent Infringement

3        21.     LRI repeats and realleges each and every allegation of paragraphs 1 – 20 as if

4   recited herein.

5        22.     David Allen is the owner of United States Design Patent No. Des. 375,372 S

6   (hereinafter the "'372 Patent") issued on November 5, 1996 entitled "Pocket Flashlight". A true

7   and accurate copy of said patent is attached hereto as Exhibit E. LRI is the exclusive licensee of

8   Mr. Allen's rights under the '372 Patent including the exclusive right to enforce that patent in a

9   civil action.

10       23.     Defendant Samantha Stever was provided with a copy of the '372 Patent as an

11  attachment to a letter dated September 24, 2008. A true and accurate copy of that letter is

12  attached hereto as Exhibit D.

13       24.     LRI's "Photon®" products and/or packaging have been marked with the legend

14  "patented Des. 375,372" substantially at all times since the issuance of the application which

15  matured into the '372 Patent. At no time since the issuance of said patent has LRI distributed its

16  Photon® products without the appropriate patent number.

17       25.     Defendant Samantha Stever has directly infringed and induced the infringement

18  by others of the '372 Patent by importing, selling and offering to sell in and into the United

19  States plastic LED flashlights shown in Exhibit C appended hereto, and may still be infringing

20  the '372 Patent. Defendant's product shown in Exhibit C literally infringes the '372 Patent and

21  is legally equivalent to the design claimed in the '372 Patent.

22       26.     By reason of said acts by Defendant, LRI has been and may continue to be

23  seriously damaged and irreparably harmed unless the Defendant is enjoined by this Court from

24  the actions complained of herein, preliminarily and permanently, and thus LRI is without

25  adequate remedy at law.

26

BLACK LOWE & GRAHAM ᴾᴸᴸᶜ

COMPLAINT FOR PATENT AND TRADEMARK
INFRINGEMENT AND UNFAIR COMPETITION - 5

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

S:\Clients\L\LAUG\6-Litigation\6-1833 (SAMANTHA STEVER)\COMPLAINT.doc

27.    Defendant's aforesaid acts are without the prior knowledge, consent or permission of LRI.

28.    LRI is entitled to and therefore demands damages, costs and attorney's fees as allowable under 35 U.S.C. §§ 284, 285 and 289, including a trebling of any award.

29.    This is an exceptional case for purposes of awarding monetary damages, costs and attorney's fees.

## CLAIM FOR RELIEF, COUNT IV

### Registered Trademark Infringement

30.    LRI repeats and realleges each and every allegation of paragraphs 1 through 29 as if recited herein.

31.    Since at least as early as 1994, LRI has distributed its Photon® brand LED flashlights substantially in the configuration shown on page 3 of Exhibit A. LRI has distributed more than one million of its Photon® products throughout the United States. LRI's Photon® product configuration is primarily non-functional.

32.    David Allen has applied for registration of his trademark in the Photon® product configuration in compliance with 15 U.S.C. § 1051(a) [Lanham Act § 1(a)] and was granted U.S. trademark registration No. 2,791,033 on December 9, 2003. A true and accurate copy of Mr. Allen's trademark registration is attached hereto as Exhibit F. Plaintiff LRI is the exclusive licensee of Mr. Allen's rights under the '033 trademark registration including the exclusive right to enforce the registration by way of civil action.

33.    On information and belief, the Defendant Samantha Stever provided said registered product configuration to others not in privity with LRI for the purpose of duplicating said configuration as shown in Exhibit C attached hereto for resale by Defendant Samantha Stever so as to confuse the relevant purchasing public as to the source, sponsorship or affiliation of Defendant's LED flashlight product with the source, sponsorship or affiliation of LRI's

BLACK LOWE & GRAHAM PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1  aforesaid products and has offered for sale and sold said configuration in commerce regulated by

2  Congress.

3       34.    Defendant's aforesaid acts were without the prior knowledge, permission or

4  consent of LRI and therefore violate LRI's exclusive rights under 15 U.S.C. § 1115.

5       35.    In accordance with 15 U.S.C. §§ 1116, 1117, LRI is entitled to an injunction

6  against further infringement and an award for the actual damages it has suffered and all profits,

7  gains and advantages derived by the Defendant as a result of its infringement of LRI's rights

8  under the registered trademark.

9  ## PRAYER FOR RELIEF

10       WHEREFORE, Plaintiff prays for the entry of a judgment by this Court against the

11  Defendant providing:

12       (a)    That the Defendant has violated the Washington State Consumer Protection Act,

13  R.C.W. 19.86.020 et seq.;

14       (b)    For an award of damages, together with interest, to compensate the Plaintiff for

15  the Defendant's past acts of unfair competition and misidentification of origin, and that such an

16  award be trebled, and for an award to Plaintiff of all of its costs and attorney's fees with respect

17  thereto in accordance with R.C.W. 19.86.090;

18       (c)    That the Defendant has violated § 43(a) of the Lanham Act;

19       (d)    That the Defendant, its respective agents, servants, employees, attorneys and all

20  other persons in active concert or in participation with each Defendant be preliminarily and

21  permanently enjoined and restrained from making any false designation of origin which is likely

22  to confuse the public, or cause mistake, or to deceive the public as to believing that there is an

23  affiliation, connection of association or the Defendant with the Plaintiff by virtue of similarities

24  between the Defendant's LED flashlights and the Plaintiff's LED flashlights;

25       (e)    For an award of damages in accordance with 15 U.S.C. § 1117(a) including all of

26  the Defendant's profits, damages sustained by the Plaintiff, and the costs of the action including

**BLACK LOWE & GRAHAM** PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

COMPLAINT FOR PATENT AND TRADEMARK
INFRINGEMENT AND UNFAIR COMPETITION - 7

S:\Clients\L\LAUG\6-Litigation\6-1833 (SAMANTHA STEVER)\COMPLAINT.doc

1    a trebling of such damages and that the Court determine that this is an exceptional case and

2    award the Plaintiff its reasonable attorney's fees;

3         (f)    That the Defendant has infringed and/or induced infringement of United States

4    Letters Patent No. Des. 375,372;

5         (g)    That the Defendant, its respective agents, servants, employees, attorneys, and all

6    other persons in active concert or in participation with the Defendant, by preliminarily and

7    permanently enjoined and restrained from importing, making, using, selling or offering to sell

8    any LED flashlight having an external appearance which infringes any claim of the asserted

9    patent.

10        (h)    For an award of damages, together with interest, to compensate Plaintiff for the

11   past infringement by the Defendant of the asserted patent, and that such award be trebled, and for

12   an award to Plaintiff of all of its costs and reasonable attorney's fees with respect thereto in

13   accordance with 35 U.S.C. §§ 284 and 285, and for all of the profits made by the Defendant as a

14   result of its infringing activity in accordance with 35 U.S.C. § 289;

15        (i)    That the Defendant has infringed Plaintiff's registered trademark in its Photon®

16   product configuration.

17        (j)    That the Defendant, its respective agents, servants, employees, attorneys, and all

18   other persons in active concert or in participation with the Defendant, by preliminarily and

19   permanently enjoined and restrained from selling or offering to sell in commerce Defendant's

20   LED flashlight product shown in Exhibit C and substantially identical products and that this

21   Court issue an order pursuant to 15 U.S.C. § 1116 requiring the Defendant to produce all LED

22   flashlights made or used in violation of Plaintiff's exclusive trademark, and of all molds or other

23   articles by means of which such LED flashlights may be reproduced for destruction and file and

24   serve a report in writing under oath setting forth in detail the manner and form in which the

25   defendant has complied with the injunction;

26

BLACK LOWE & GRAHAM PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1    (k)    For an award of the Plaintiff's actual damages and the Defendant's profits in

2    accordance with 15 U.S.C. § 1117, together with interest as this Court considers just to

3    compensate Plaintiff for the past infringement of its trademark in its Photon® product

4    configuration and for an award to Plaintiff of all its costs with respect thereto in accordance with

5    15 U.S.C. § 1117; and

6    (l)    For other and further relief as is provided by law and that this Court deems just

7    and equitable.

8    Respectfully submitted,

9    BLACK LOWE & GRAHAM^PLLC

11

Dated *October 1, 2009*

By: _____
Michael J. Folise, WSBA #15,276
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
Phone (206) 381-3300
Fax (206) 381-3301

16    Dated _____

By: _____
Lawrence D. Graham, WSBA #25,402
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
Phone (206) 381-3300
Fax (206) 381-3301

Counsel for Plaintiff

S:\Clients\L\LAUG\6-Litigation\6-1833 (SAMANTHA STEVER)\COMPLAINT.doc

21

22

23

24

25

26

# EXHIBIT A



## LED Keychain Flashlights • Flashing LED Lights

### PHOTON Light.com

Ordering . Shoppi

### Home of the
### Photon Micro-Light®
*The "brightest-for-its-size personal flashlight"™*

**Special Offer**



It's no wonder the hands-free Photon clip I quickly become one of our most popular accessories. With the strong clip, adjustab pivot joint, and integrated magnets, the hands-free clip adds plenty of versatility to any Photon light.

**Order now and get a FREE hands-free clip ($4.95 value) wi every <u>Photon II</u> or <u>Photon 3</u>.**

*\*Offer ends Thursday, August 25th*

***Own the Keychain Flashlight Used By NASA, the US Secret Service, and the US N***

You don't have to be a top-secret government agent or military official to benefit from LED keychain flashlights. In addition to NASA, the Secret Service, and the military, you' Light is used by fishermen, rescue workers, hikers, campers, techies, partygoers, and t in the dark on their way to the bathroom. With a Halogen or Xenon flashlight, the filame lights can last up to ten times longer! Simply put... we think everybody can benefit from Photon LED keychain flashlight. The Photon Micro 3 and our new Photon Freedom Mic LED lights for emergency signaling.

The original Photon Micro-Light LED key chain flashlight revolutionized the flashlight inc released in 1995, and has been credited with creating a whole new market for small, bri flashlights. Today, the Photon Micro-Light is just one product in an entire family of prem including mini LED flashlights and larger hand-held <u>LED headlamps</u>. Photon Micro-Ligh popular LED key chain flashlights in the world with over a million satisfied users.



### Photon Freedom® Micro
**- Now 2X brighter!\*-**

**Simple One-Button Operation**

**Electronic On/Off**
**Adjustable Brightness**
**Safety Strobes, Signaling Mode**   © PhotonLight.com

. Sales/Customer Service:
**1-877-584-6898**
(M-F) 9 a.m. -5 p.m. PST

Introducing the new Photon Freedom Micro: the easiest to use, mo powerful, full featured micro <u>torch light</u> available. Intuitive single-butto

http://www.photonlight.com/

7/25/2005

EXHIBIT A-1



HACKER SAFE
TESTED DAILY    25-JUL



SECURED BY
GeoTrust
click to verify
25-Jul-05 21:15 GMT

site map

operation provides quick, easy access to a full range of features inclu
fully adjustable brightness and multiple strobe and signaling flashing l
lights. Includes a free hands-free Photon Clip! Available in 10 differen
colors. Prices start at only $19.95 ea.

*The white beam Freedom Micro & Photon II are now 100% brigh
making these lights a full 2X brighter than any other micro-light c
market! In stock and ready to ship - Order today!

Click here for more info

### Photon: The "Brightest-for-Its-Size Personal LED Flashlight"™

In addition to being small, convenient, helpful, and downright fun, you'll see firsthand
flashlights have earned their title. Only the very brightest LEDs for each color are used.
assurance (and the illumination power) to maneuver your way through a dark parking g;
team of your whereabouts, and anything in between.

*"...He slammed into the other side at an unknown speed and immediately snappe
conscious and breathing but unable to move, waiting to die as he could see to
sno-cat go by, too far away to hear his cries for help ...Our most esteemed gi
summit of North Sheep Mountain 12,500 ASL when he sees a blinking ligh
lighthouse' ...Had he not had your light he surely would have pe*

Click here to read more testimonials

### More Than "Just" LED Keychain Flashlights

Yes, they are LED flashlights. Yes, they are keychains. But in addition to that, you'll fi
keychain lights are also rugged, compact, innovative, practical, and of the highest qualit

What could be better than a vast selection of keychain flashlights including inventive

- Adjustable brightness level for a wide range of uses.
- Safety strobe functions that can literally save your life.
- Single-button operation - simple and intuitive.
- Water-resistant case - great for outdoor activities.
- Glass-filled polyurethane case for the ultimate in durability.
- On/off switch for hands-free convenience.
- Up to 10 different beam colors including infrared and ultraviolet for special purpo:

How about free shipping within the U.S.A., generous quantity discounts, a lifetime
exceptional customer service for our LED lights? You'll receive all that, too. If you are a
carrying our key chain lights please follow our LED flashlight wholesale link.

Photon Micro-Light led key chain flashlights are so affordable you'll want several for y
of your friends and family members. With their nearly universal appeal, Photon LED flas
gifts. Browse our entire selection now.

http://www.photonlight.com/                                                        7/25/2005

PhotonLight.com, world famous LED Flashlights, Rave LED Flashlights, Brilliant Key... Page 3 of 5

## Photon Micro-Light®



Squeeze On/Release Off

© PhotonLight.com

An updated, improved version of the original Photon Micro-Light, the Photon I now features a water-resistant case and a new battery compartment which allows for quick, easy battery changes. Glass-filled polyurethane case is incredibly tough and keeps your light looking brand new even after years of use. Use it as a keychain or a LED pocket light. Available in 5 different beam colors. Prices start at $9.95 ea.

Click here for more info

## Photon Micro
- Now 2X bri


Sque

On/Off Switch



The popular Photon Micro convenient on/off switch for addition to the standard sque construction stands up to the Available in 9 different beam $15.95 ea.

*The white beam Photon II now 100% brighter, making brighter than any other mi market! In stock and ready today!

Click here for

## Photon Micro-Light® 3



Squeeze On/Release Off

© PhotonLight.com      Electronic On/Off
                       Mode Selection

If you're looking for the light that has it all, this is it. Easy to use multi-function squeeze button allows selection of 3 levels of brightness, 3 strobe flashing LED lights for signaling including S.O.S. emergency strobe, & a convenient auto-shutoff mode. Water resistant case with quick, easy battery changes. Available in 10 different beam colors. Prices start at $17.95 ea.

## Flexbeam Light



The Flexbeam combines a Light II with a versatile, flexit handy flexible LED light that about anywhere to provide h of your work area. $24.95 ea

Click here for

http://www.photonlight.com/                     7/25/2005

Click here for more info

### Photon Freedom Fusion®



This compact, multifunction light can be used as a LED headlamp, handheld flashlight, table lamp, or clip-on safety light. It's a good alternative to a filament dependent Xenon flashlight. Full range brightness control plus 5 safety features. Optional bike mount bracket available for use as a bicycle LED headlight or taillight. Available in 5 different beam colors. Prices start at $81.95 ea.

Click here for more info

### Realtree Camouflag



Camouflage versions of th and the Photon Fusion are n for hunters and outdoor enth

Click here for

### Micro-Light Swiss Army Knives



These genuine Wenger Swiss Army knives feature a built-in white LED flashlight designed by David Allen, inventor of the Photon Micro-Lights. Prices start at $29.95 ea.

Click here for more info

### Rav'n® Rave LEl



A fun party light which trac colored ribbons of light with for parties, dancing, and just LED light effect is truly incre seen in action to fully apprec

Click here for

EXHIBIT A-4

Case 2:09-cv-01401-MJP Document 1 Filed 10/05/2009 Page 15 of 50

## X-Light® Micro-Light

**Electronic On/Off**



© PhotonLight.com

A low cost alternative to the premium line of Photon Micro-Lights, the X-Light provides a reliable keychain light with a convenient electronic on/off switch at a price that simply can't be beat. Available in 4 different beam colors, plus an exciting "X-Color" rainbow version. Prices start at $7.95 ea.

Click here for more info

## Accessories & Repla



Everything you need to mai Photon led keyc

Click here for

For a full list of available Photon Accessories, batteries, & replacement p
See the main page of our LED keychain lights.
Interested in reselling? See our LED flashlight wholesale sec

Index | Photon I | Photon II | Photon 3 | Photon Freedom Micro | FlexBeam Lighting System | Photon Freedom Fusic
LED Party Light | X-Lights | Accessories | Clearance

Feature Comparison | Choosing a Color | Testimonials | Photon Reviews | Discussion Board | Technical Specs
Newsletter | Contact Us | Return Policy | Warranty Services | Privacy Statement | Press Contacts | LRI Company | F
| Press Releases | Wholesale Info | Custom Labeling | Affiliate Program | Monthly Drawing |

©2003, PhotonLight.com Inc

EXHIBIT A-5

# EXHIBIT B



# EXHIBIT C



**EXHIBIT C**

**Nocturnal was AWESOME! It was nice meeting so many people -- look for more face lightshows at Lovefest, Lovefest Afterparty, Fuzzy Festival, Monster Massive, and many announced!**

### NEW PRODUCTS: Modified INOVA Microlights in NEVER BEFORE SEEN COLOR!



Current promo: FREE GIFT WITH EVERY ORDER compliments of RABBIT! Also, include your PLURSPACE, GenXGlow username and get ANOTHER FREE GIFT WITH YOUR ORDER! See News/Promotions for more details.

Find a lower price anywhere else? I'll match it. I already have the lowest prices, but if you find one cheaper, just tell for you even lower.

Welcome to RabbitLights.com! The best place to get your glow on. RabbitLights is a place to go when you want to ge supplies from raver to raver -- every order is made with love and PLUR. If you don't believe me, try going to PLUR

I sell **LED Keychain Lights**, **Orbit Light Shows**, and other rave toys at prices lower than any other provider stuff that I've tried and used and that I take with me to every party, so it's only good stuff. I rave just like you, **lot** of Quality Assurance on everything I sell and everything I make. Also, free shipping and free hugs are inclu order.

**Need it fast?** Choose Priority shipping ($6.00). See it in 2-3 days! Just select "flat rate" at checkout. Otherwise, usually done the next day and shouldn't take more than 5 days to get to you in most cases.

**Unsure? Have questions?** Message me on AIM at **AskRabbitLights**, GMail Messenger at **rabbitlights@gm** Messenger at **AskRabbitLights** or simply email me at **rabbit@rabbitlights.com.**

If you are interested in **Orbit Light Shows,** please see the catalog for pre-made Orbits or, if you want to make my instructions on How to Make an Orbit Light Show. All orbits I sell are pre-made, and are ready to play with st envelope.

If you want to build your own, I sell all materials needed for orbits so you can make it a project.

Also, if you don't want to buy my lights off this website, check out my eBay Store! I have all the same things, website always has special promotions available.

## **MISSION STATEMENT -- WHO I AM:**

RabbitLights.com is about being a raver loving her fellow ravers. My concern isn't really making money. I go to you. I dance, I string, I glow, and I party just like you. I don't promote. I never hand out business cards, or try shit, unless they seriously ask me. It's not about money. It's about peace, love, unity, and respect. I'm not here I'm just trying to make my way through college while bringing inexpensive stuff to people I love.

If there is a good trance party in California, I'm there. I am new to the area, but I used to fly here for parties took all my money; so I just moved here in pursuit of happiness. I love to dance, I love to experience music. I artist. You've probably gotten a light show from me, and if you haven't, you probably should someti

For me, raving isn't something I can experience alone. It's nice to roll and get lightshows and sit and watch, bu experience it unless I'm experiencing it with somebody else. For this reason, I bring 15-20 pairs of prismatic gl party, and every light show apparatus I'd ever need. I want to show you a good time. Making other people ha happy. So, find me. Take my glasses. Watch my light shows. Let me make you smile.

<3 AIM ME! AskRabbitLights or pen73616d **PLUR!** <3



Please note that none of the lights I sell are Photon brand microlights, and that RabbitLights.com affiliated with the Photon brand or its parent company, LRI. If you want high quality lights with int and multi-function capability, please visit PhotonLight.com. Thank you.

## **New Products For September**



2 Two Original Strobe FX Rave Toy
$47.50



Orbit Light Show - Four Lights
$21.80



LED Keychain Ligh
$4.30





Prismatic Laser Rave Glasses



LED Keychain Light - Blue
$4.30

$2.50

Orbit Light Show - S
$31.50





LED Keychain Light - Green
$4.30

Set of 10 18LB Mini Zip Ties
$1.80

2 7-Inch 6-Mode LE
Changing Poi Se
$5.95

Your IP Address is: 66.213.200.186
Copyright © 2008 Rabbit Lights

# EXHIBIT D

**Brenda Ruthrauff**

| | |
|---|---|
| **From:** | Brenda Ruthrauff |
| **Sent:** | Tuesday, June 23, 2009 2:46 PM |
| **To:** | 'admin@rabbitlights.com' |
| **Subject:** | Infringement of L.R.I.'s Patent and Trademark Rights |
| **Attachments:** | ATTACHMENTS 1-A through 1-C.pdf; LAUG-6-1833 COMPLAINT.pdf; LAUG-6-1833 SS L01.doc |

## Dear Ms. Stever:

## Attached please find the following from our office:

 1.     Demand letter and attachments
 2.     Complaint

Brenda Ruthrauff
International Intellectual Property Paralegal to Michael J. Folise, Esq.
Black Lowe & Graham PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA  98104
Tel. 206.381.3300
Fax 206.381.3301

# BLACK LOWE & GRAHAM<sup>PLLC</sup>

*Intellectual Property Attorneys*

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301
blacklaw.com

**BLG**

August 18, 2009

Ms. Samantha Stever
d/b/a Rabbit Lights
Apartment 33B
17200 Newhope Street
Fountain Valley, CA 92708

Re:    Infringement of Laughing Rabbit, Inc.'s Patent and Trademark Rights
       Our Reference No.:    LAUG-6-1833

Dear Ms. Stever:

As you know, our client Laughing Rabbit, Inc. (hereinafter "L.R.I.") initially contacted you in August 2008 regarding your sale of counterfeit products on your website www.rabbitlights.com. On September 24, 2008 our office corresponded with your attorney, Robert Vitt, Esq. regarding the infringing products sold by your company, "rabbitlights.com" under the designation "LED keychain lights." Although Mr. Vitt advised us that you would be cooperating with respect to an amicable resolution to this matter, we have not received any of the specifically requested information including:

(a)    the total number of LED Keychain Lights products sold utilizing the counterfeit design;

(b)    the gross receipts attributable to the sales of such products;

(c)    the remaining stock on hand of any such products; and

(d)    the full identity of any such manufacturer and/or importer from whom you have purchased any of the accused products.

Furthermore, our reminder letters dated October 27, 2008 and December 1, 2008 to Mr. Vitt have gone unanswered. Mr. Vitt recently advised us that he no longer represents you. Unfortunately, you appear to continue to sell the offending products. See the attachments hereto. We have therefore been authorized to file and serve the enclosed Complaint against you for patent and trademark infringement and other forms of unfair competition. Please note that due to the willful nature of the infringement since our September 24, 2008 demand letter the United States District Court is likely to award L.R.I. its reasonable attorneys fees and costs in this matter. Should you desire to avoid this result, we recommend that you fully comply with the requests set forth in our September 24, 2008 letter. Finally, we must bring to your attention various communications you appear to be involved with on the website www.ravelinks.com. You appear to be involved in discussions regarding your lack of cooperation with L.R.I. and further regarding spoliation of evidence regarding this matter. (See Attachments 1-A, 1-B, and 1-C.) We are confident that in accordance with Mr. Vitt's professional obligations to you, he has

*Patents*
*Trademarks*
*Copyrights*
*Technology Transfer*
*Litigation*

Ms. Samantha Stever
August 18, 2009
Page 2

advised you that you are under a duty to preserve evidence which you know, or reasonably should know is relevant to future litigation. *National Association of Radiation Survivors v. Tumage*, 115 F.R.D. 543, 556-57 (N.D. Cal. 1987). *See also In Re Napster, Inc.*, Copyright Litigation 462 F. Supp. 2d. 1060, 1068 (N.D. Cal. 2006). Hopefully, you have been advised that any such spoliation will result in sanctions including potentially entry of an adverse judgment, preclusion of evidence and adverse spoliation inference and an award of costs. *Computer Associates International v. Am Fundaare, Inc.*, 133 F.R.D. 166, 170 (D. Colo. 1990).

Please advise us immediately if you intend to comply with our demands.

Very truly yours,

BLACK LOWE & GRAHAM^PLLC

Michael J. Folise

MJF/bjr
cc:    Laughing Rabbit, Inc.
Enclosures:
        Summons
        Complaint for Patent and Trademark Infringement and Unfair Competition
        Civil Cover Sheet
Attachments:
        1-A
        1-B
        1-C
S:\Clients\L\LAUG\6-Litigation\6-1833 (SALLY STEVER)\LAUG-6-1833 SS L01.doc

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

LAUGHING RABBIT, INC., an Oregon corporation,
Plaintiff,                          v.

**SUMMONS IN A CIVIL CASE**

SAMANTHA STEVER, d/b/a Rabbit Lights            CASE NUMBER:

TO: (Name and address of Defendant)

Samantha Stever
d/b/a www.rabbitlights.com

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Folise, Esq.
Black Lowe & Graham PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA  98104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                DATE

(By) DEPUTY CLERK

# CIVIL COVER SHEET

, 44  (Rev. 12/07)

IS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provide cal rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating ivil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| PLAINTIFFS | DEFENDANTS |
|---|---|
| LAUGHING RABBIT, INC., an Oregon corporation, | SAMANTHA STEVER, d/b/a www.rabbitlight.com |
| **)** County of Residence of First Listed Plaintiff      Lane <br> (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant      Orange <br> (IN U.S. PLAINTIFF CASES ONLY) <br> NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE <br> LAND INVOLVED. |
| **:)** Attorney's (Firm Name, Address, and Telephone Number) <br> Michael J. Folise, Esq., Black Lowe & Graham, PLLC, <br> 701 Fifth Avenue, Ste. 4800, Seattle, WA  98104 | Attorneys (If Known) |

## BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)   and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending <br> ☐ 380 Other Personal Property Damage | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV <br> ☐ 810 Selective Service |
| ☐ Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights <br> ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee <br> ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## ORIGIN   (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**CAUSE OF ACTION**   Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. 1116 et seq. and 35 U.S.C. 281 et seq.
Brief description of cause:
Complaint for Patent and Trademark Infringement and Unfair Competition

| . REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint: <br> JURY DEMAND:    ☐ Yes   ☒ No |
|---|---|---|---|

| I. RELATED CASE(S) IF ANY | (See instructions): | JUDGE | DOCKET NUMBER |
|---|---|---|---|

ß                              SIGNATURE OF ATTORNEY OF RECORD

**OFFICE USE ONLY**

CEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

(Seattle)

10

11  LAUGHING RABBIT, INC., an Oregon          Civil Action No.
    corporation,
12                                            COMPLAINT FOR PATENT AND
                  Plaintiff,                  TRADEMARK INFRINGEMENT AND
13                                            UNFAIR COMPETITION
       v.
14
15  SAMANTHA STEVER d/b/a
    RABBITLIGHTS.COM,
16
                  Defendant.
17

18      Plaintiff, Laughing Rabbit, Inc., doing business as LRI (hereinafter "LRI"), for its

19  complaint against Defendant Samantha Stever doing business as "www.rabbitlights.com" or

20  "Samantha Rabbit" (hereinafter "Stever" or "rabbitlights") alleges as follows:

21                              **THE PARTIES**

22      1.    Plaintiff LRI is a corporation of the State of Oregon, having a business address of

23  20448 Highway 36, Blachly, Oregon 97412.

24      2.    On information and belief, Defendant Samantha Stever is an individual having a

25  business address of 17200 Newhope Street, Unit 33B, Fountain Valley, California 92708.

26

BLACK LOWE & GRAHAM ᴾᴸᴸᶜ

COMPLAINT FOR PATENT AND TRADEMARK
INFRINGEMENT AND UNFAIR COMPETITION - 1

COMPLAINT

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

3.    On information and belief, Defendant Samantha Stever occasionally does business under the fictitious names "Samantha Rabbit" and/or "Sally Stevers."

4.    On information and belief, Defendant Samantha Stever is also doing business under the fictitious name "www.plurlight.com."

## JURISDICTION AND VENUE

5.    This civil action arises under the design patent laws of the United States, 35 U.S.C. §§ 271, 281, 283, 284, 285, 289; the federal unfair competition laws of the United States, 15 U.S.C. § 1125(a) [Lanham Act § 43(a)]; The Federal Trademark Laws of the United States; 15 U.S.C. § 1114 [Lanham Act § 32]; and under the Washington State Consumer Protection Act R.C.W. 19.86.020, *et seq.*  Thus, this Court has jurisdiction of this civil action under 28 U.S.C. §§ 1338(a) and 1338(b) and supplemental jurisdiction under 28 U.S.C. § 1367(a)

6.    Venue with respect to the Defendant is properly laid in the United States District Court for the Western District of Washington pursuant to 28 U.S.C. § 1391(b)(1) as well as under 28 U.S.C. § 1400(b) because on information and belief the Defendant resides in the Western District of Washington within the meaning of 28 U.S.C. § 1397(c) and is doing business therein and/or is an individual having committed acts of infringement and having a regular and established place of business within this judicial district.

## FACTS COMMON TO ALL COUNTS

7.    LRI is a manufacturer and wholesale distributor of specialty lighting products including the light emitting diode (hereinafter "LED") flashlights shown on page 3 of Exhibit A attached hereto, and herein referred to as the "Photon Micro-Light®" or Photon® I, II, and III products.

8.    LRI has since at least as early as 1994 made, sold and transported in interstate commerce, and throughout the State of Washington, over one million of its Photon® products shown on page 3 of Exhibit A attached hereto.  LRI's customers for these products include Recreational Equipment, Inc., Army-Air Force Exchanges, Meijers, Sport Chalet, L.L. Bean,

COMPLAINT FOR PATENT AND TRADEMARK
INFRINGEMENT AND UNFAIR COMPETITION - 2
COMPLAINT

BLACK LOWE & GRAHAM ᴾᴸᴸᶜ

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

Q.V.C. and other national retailers. LRI's Photon® products are also available online through "www.photolight.com."

9.    LRI's Photon® product configuration shown in Exhibit A is primarily non-functional and visually distinctive, is prominently displayed to LRI's customers and to the purchasing public through packaging shown in Exhibit B attached hereto, and is recognized by LRI's customers as an indicator of source. LRI's use of the Photon® design has been exclusive and continuous and has resulted in that product configuration having acquired a secondary source-indicating significance with LRI's customers. LRI has extensively advertised the Photon® configuration product configuration to its customers.

10.    On information and belief, Defendant Samantha Stever is a retail distributor of a variety of consumer products including LED flashlights.

11.    On information and belief, Defendant Samantha Stever has since at least as early as August 27, 2008 offered to sell LED flashlights substantially identical in appearance to that shown in Exhibit C attached hereto to the public at www.rabbitlights.com. Exhibit C is a true and accurate copy of photographs of the products offered for sale by and distributed by Defendant Samantha Stever. The Defendant's product shown in Exhibit C is substantially identical in external, nonfunctional appearance to LRI's Photon® products shown in Exhibit A attached hereto.

12.    On information and belief, Defendant Samantha Stever has been engaged in the retail sale of LED flashlights shown in Exhibit C attached hereto in this Judicial District and may still be selling such products.

13.    Defendant Samantha Stever was placed on notice of LRI's rights, by letter dated September 24, 2008, a copy of which is attached hereto as Exhibit D. On information and belief, Defendant Samantha Stever continued to sell the accused product thereafter.

COMPLAINT FOR PATENT AND TRADEMARK
INFRINGEMENT AND UNFAIR COMPETITION - 3
COMPLAINT

BLACK LOWE & GRAHAM ᴾᴸᴸᴄ

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

**CLAIM FOR RELIEF, COUNT I**

<u>Violation of Consumer Protection Act</u>

14.    LRI repeats and realleges each and every allegation of paragraphs 1 - 13 as if recited herein.

15.    The above described acts of Defendant Samantha Stever, constitute an unfair or deceptive act or practice and an unfair method of competition in the conduct of trade or commerce in violation of R.C.W. 19.86.020 *et seq.* that have infringed LRI's common law trademark rights and thereby injured LRI in its business and property.

16.    Defendant's aforesaid acts have been knowing, willful and without Plaintiff's permission and have been intended to trade on LRI's goodwill in the State of Washington.

**CLAIM FOR RELIEF, COUNT II**

<u>Federal Unfair Competition</u>

17.    LRI repeats and realleges each and every allegation of paragraphs 1 through 16 as if recited herein.

18.    Defendant's aforesaid product identified in Exhibit C is a false designation of origin, which is likely to confuse the public into believing that there is an affiliation, connection or association between the source of the Defendant's aforesaid product, and the source of LRI's products shown in Exhibit A.

19.    LRI is likely to be damaged by such confusion as to affiliation, connection or association of the type described.

20.    The Defendant's aforesaid acts have been knowing, willful and without LRI's prior knowledge or consent and are therefore a violation of the Plaintiff's rights under 15 U.S.C. § 1125(a) [§ 43(a) of the Lanham Act].

BLACK LOWE & GRAHAM ᴾᴸᴸᶜ

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

**CLAIM FOR RELIEF, COUNT III**

<u>Design Patent Infringement</u>

21.    LRI repeats and realleges each and every allegation of paragraphs 1 – 20 as if recited herein.

22.    David Allen is the owner of United States Design Patent No. Des. 375,372 S (hereinafter the "'372 Patent") issued on November 5, 1996 entitled "Pocket Flashlight".  A true and accurate copy of said patent is attached hereto as Exhibit E.  LRI is the exclusive licensee of Mr. Allen's rights under the '372 Patent including the exclusive right to enforce that patent in a civil action.

23.    Defendant Samantha Stever was provided with a copy of the '372 Patent as an attachment to a letter dated September 24, 2008.  A true and accurate copy of that letter is attached hereto as Exhibit D.

24.    LRI's "Photon®" products and/or packaging have been marked with the legend "patented Des. 375,372" substantially at all times since the issuance of the application which matured into the '372 Patent.  At no time since the issuance of said patent has LRI distributed its Photon® products without the appropriate patent number.

25.    Defendant Samantha Stever has directly infringed and induced the infringement by others of the '372 Patent by importing, selling and offering to sell in and into the United States plastic LED flashlights shown in Exhibit C appended hereto, and may still be infringing the '372 Patent.  Defendant's product shown in Exhibit C literally infringes the '372 Patent and is legally equivalent to the design claimed in the '372 Patent.

26.    By reason of said acts by Defendant, LRI has been and may continue to be seriously damaged and irreparably harmed unless the Defendant is enjoined by this Court from the actions complained of herein, preliminarily and permanently, and thus LRI is without adequate remedy at law.

BLACK LOWE & GRAHAM ᴾᴸᴸᶜ
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

27.    Defendant's aforesaid acts are without the prior knowledge, consent or permission of LRI.

28.    LRI is entitled to and therefore demands damages, costs and attorney's fees as allowable under 35 U.S.C. §§ 284, 285 and 289, including a trebling of any award.

29.    This is an exceptional case for purposes of awarding monetary damages, costs and attorney's fees.

## CLAIM FOR RELIEF, COUNT IV

### Registered Trademark Infringement

30.    LRI repeats and realleges each and every allegation of paragraphs 1 through 29 as if recited herein.

31.    Since at least as early as 1994, LRI has distributed its Photon® brand LED flashlights substantially in the configuration shown on page 3 of Exhibit A.  LRI has distributed more than one million of its Photon® products throughout the United States.  LRI's Photon® product configuration is primarily non-functional.

32.    David Allen has applied for registration of his trademark in the Photon® product configuration in compliance with 15 U.S.C. § 1051(a) [Lanham Act § 1(a)] and was granted U.S. trademark registration No. 2,791,033 on December 9, 2003.  A true and accurate copy of Mr. Allen's trademark registration is attached hereto as Exhibit F.  Plaintiff LRI is the exclusive licensee of Mr. Allen's rights under the '033 trademark registration including the exclusive right to enforce the registration by way of civil action.

33.    On information and belief, the Defendant Samantha Stever provided said registered product configuration to others not in privity with LRI for the purpose of duplicating said configuration as shown in Exhibit C attached hereto for resale by Defendant Samantha Stever so as to confuse the relevant purchasing public as to the source, sponsorship or affiliation of Defendant's LED flashlight product with the source, sponsorship or affiliation of LRI's

BLACK LOWE & GRAHAM ᴾᴸᴸᶜ

COMPLAINT FOR PATENT AND TRADEMARK
INFRINGEMENT AND UNFAIR COMPETITION - 6
COMPLAINT

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1    aforesaid products and has offered for sale and sold said configuration in commerce regulated by

2    Congress.

3        34.    Defendant's aforesaid acts were without the prior knowledge, permission or

4    consent of LRI and therefore violate LRI's exclusive rights under 15 U.S.C. § 1115.

5        35.    In accordance with 15 U.S.C. §§ 1116, 1117, LRI is entitled to an injunction

6    against further infringement and an award for the actual damages it has suffered and all profits,

7    gains and advantages derived by the Defendant as a result of its infringement of LRI's rights

8    under the registered trademark.

**PRAYER FOR RELIEF**

10       WHEREFORE, Plaintiff prays for the entry of a judgment by this Court against the

11   Defendant providing:

12       (a)    That the Defendant has violated the Washington State Consumer Protection Act,

13   R.C.W. 19.86.020 et seq.;

14       (b)    For an award of damages, together with interest, to compensate the Plaintiff for

15   the Defendant's past acts of unfair competition and misidentification of origin, and that such an

16   award be trebled, and for an award to Plaintiff of all of its costs and attorney's fees with respect

17   thereto in accordance with R.C.W. 19.86.090;

18       (c)    That the Defendant has violated § 43(a) of the Lanham Act;

19       (d)    That the Defendant, its respective agents, servants, employees, attorneys and all

20   other persons in active concert or in participation with each Defendant be preliminarily and

21   permanently enjoined and restrained from making any false designation of origin which is likely

22   to confuse the public, or cause mistake, or to deceive the public as to believing that there is an

23   affiliation, connection of association or the Defendant with the Plaintiff by virtue of similarities

24   between the Defendant's LED flashlights and the Plaintiff's LED flashlights;

25       (e)    For an award of damages in accordance with 15 U.S.C. § 1117(a) including all of

26   the Defendant's profits, damages sustained by the Plaintiff, and the costs of the action including

COMPLAINT FOR PATENT AND TRADEMARK
INFRINGEMENT AND UNFAIR COMPETITION - 7
COMPLAINT

**BLACK LOWE & GRAHAM** PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1    a trebling of such damages and that the Court determine that this is an exceptional case and

2    award the Plaintiff its reasonable attorney's fees;

3         (f)    That the Defendant has infringed and/or induced infringement of United States

4    Letters Patent No. Des. 375,372;

5         (g)    That the Defendant, its respective agents, servants, employees, attorneys, and all

6    other persons in active concert or in participation with the Defendant, by preliminarily and

7    permanently enjoined and restrained from importing, making, using, selling or offering to sell

8    any LED flashlight having an external appearance which infringes any claim of the asserted

9    patent.

10        (h)    For an award of damages, together with interest, to compensate Plaintiff for the

11   past infringement by the Defendant of the asserted patent, and that such award be trebled, and for

12   an award to Plaintiff of all of its costs and reasonable attorney's fees with respect thereto in

13   accordance with 35 U.S.C. §§ 284 and 285, and for all of the profits made by the Defendant as a

14   result of its infringing activity in accordance with 35 U.S.C. § 289;

15        (i)    That the Defendant has infringed Plaintiff's registered trademark in its Photon®

16   product configuration.

17        (j)    That the Defendant, its respective agents, servants, employees, attorneys, and all

18   other persons in active concert or in participation with the Defendant, by preliminarily and

19   permanently enjoined and restrained from selling or offering to sell in commerce Defendant's

20   LED flashlight product shown in Exhibit C and substantially identical products and that this

21   Court issue an order pursuant to 15 U.S.C. § 1116 requiring the Defendant to produce all LED

22   flashlights made or used in violation of Plaintiff's exclusive trademark, and of all molds or other

23   articles by means of which such LED flashlights may be reproduced for destruction and file and

24   serve a report in writing under oath setting forth in detail the manner and form in which the

25   defendant has complied with the injunction;

26

COMPLAINT FOR PATENT AND TRADEMARK
INFRINGEMENT AND UNFAIR COMPETITION - 8
COMPLAINT

BLACK LOWE & GRAHAM ᴾᴸᴸᶜ

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1    (k)    For an award of the Plaintiff's actual damages and the Defendant's profits in

2    accordance with 15 U.S.C. § 1117, together with interest as this Court considers just to

3    compensate Plaintiff for the past infringement of its trademark in its Photon® product

4    configuration and for an award to Plaintiff of all its costs with respect thereto in accordance with

5    15 U.S.C. § 1117; and

6    (l)    For other and further relief as is provided by law and that this Court deems just

7    and equitable.

8    Respectfully submitted,

9    BLACK LOWE & GRAHAM^PLLC

10

11

12    Dated _____    By: _____
      Michael J. Folise, WSBA #15,276

13    701 Fifth Avenue, Suite 4800
      Seattle, Washington 98104

14    Phone (206) 381-3300
      Fax (206) 381-3301

15

16    Dated _____    By: _____
      Lawrence D. Graham, WSBA #25,402

17    701 Fifth Avenue, Suite 4800

18    Seattle, Washington 98104
      Phone (206) 381-3300

19    Fax (206) 381-3301

20    Counsel for Plaintiff

21

22

23

24

25

26

BLACK LOWE & GRAHAM ᴾᴸᴸᶜ

COMPLAINT FOR PATENT AND TRADEMARK
INFRINGEMENT AND UNFAIR COMPETITION - 9
COMPLAINT

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301



**ahtnamas04** 
Samantha Rabb1t
Favorite Music: uplifting/melodic trance

Last Online: 8.12.2008 4:13 am
Join Date: February 2008
Location: unfortunately Orange County
Posts: 137

**Re: Rabbitlights.com may be getting shut down and/or sued...**

> Quote:
>
> Originally Posted by **racinghart** 
> hi samantha... its me aaron from orbitlightshow.com...
>
> looks like the big guys are always picking on us little people again. i got the same lawsuit/threat sent to my mailbox the other day saying the same thing (of course like i told you before they shut down my ebay account for awhile because i had lights for sale on there as well) but now they are at it again....
>
> they want me to pay them and take down my website?!?
>
> they are such freakin bastards. our lights arent even the same. they think they are but they have no idea.

Aaron 🐾👀

Well, as bad as this shit sounds, at least it isn't just me. I was beginning to think the crap was all fabricated and that somebody really just hates me. I guess if its others... well... yeah. We'll see if it hits any of the Bigger Companies selling the same things we do.... because if not, that would be LAME.

I can't really comment on my current state of 'talks' with them... I advise you to do what I did though... find a friend / family who is also a lawyer. If they want me to pay them, it's next to impossible... I've hardly even made back all the costs of starting. That, plus tuition and medical bills.... yeah.

I'm certainly humbled by them thinking I'm some massive, successful cooperation though, and not a legally impoverished kid selling lights out of a 400 square foot studio shared by somebody else... haha!

I like how they don't even know what our lights are like...

Different cases. Different switch. Different battery cage. Different DESIGN, different LED, different functionality.

Greed, the #1 force behind America!

Speaking for myself, and only myself, I'm hoping that they realize that I MAKE next to nothing, and that this is nothing but a huge waste of their time and energy. And speaking for both of us, here's to hoping they GET THAT and go after the people who are making thousands a day. E.G. NOT US.

Here's to punishment for having navigable websites. Cheers.

And for the record... I'm still up... so yeah 🌐

This whole thing isn't very PLUR... and they aren't suing INOVA...

I have a link TO PHOTON'S WEBSITE as a gesture of goodwill and soon enough I'll be selling LRI products side by side with mine... so as far as being accused of 'counterfieting' goes, it's BS.

If I were saying 'look these are Photons!' when they aren't, would I have a DISCLAIMER ON EVERY PAGE or a LINK TO PHOTONLIGHT.COM on my website? No sir. I've done nothing but cooperate with them. So they should get their efforts off me and put it where it matters most to them -- the websites ACTUALLY MAKING A LOT OF MONEY OFF THESE LIGHTS -- if we get taken down, it's only fair to assume they should too.

**All our lights are are a similar alternative to Photon lights. They aren't "fakes" and they aren't the same -- it's pretty damned easy to tell that when you hold a photon in your left hand and one of our microlights in the right. If you don't want to pay $15 for a light when you don't need it to dim or when you want something cheaper that makes a solid beam of light, you get these. They aren't suing INOVA, and their lights are similar too. Plus INOVA are way nicer and far easier to deal with, as a company. I've given Photon the information they asked for, there's nothing else I can do.**

Last edited by ahtnamas04; 28.8.2008 at 7:47 pm.. Reason: automerged doublepost

ATTACHMENT 1-A

Case 2:09-cv-01404-MHB    Document 1    Filed 10/05/2009    Page 39 of 50

📓 16.9.2008, 12:52 am    #45

**jrnookiemonster** 🔹
Member
Favorite Music: House

Last Online: 1.12.2008 10:08 am
Join Date: September 2008
Location: Oceanside, SoCal right on the beach
Posts: 50



**Re: Rabbitlights.com may be getting shut down and/or sued...**

Fuck Photon. Don't reply to the faggot publicly asking if you're the owner of rabbit lights. If he was going to help, he'd contact you privately. And as for them suing you, destroy every record of everything sold or that you've bought. Sell your computer and buy a new one. Create new online accounts. Only sell your lights at parties and via hand mail. Do not deposit checks/ money orders! Cash them. Put anything you own, car, house, club stereo, vending booth in your mom/ brother/ sister/ cousins name. Make sure you trust them! Don't leave a trace. Publicly denounce Photon on your sight, post the letter they sent you on the home page. Send them a response saying that the product you carried was a test run and state that very few had been sold yet and that you will fully comply with their request. Ask which products are supposedly in violation of their patent. This ought to buy you the time you need to get rid of any evidence. If you use a bank account, close it. Open two new ones. Find a friend to "sell" all remaining stock from your copy write infringing business for fair market value, maybe $100 or so. (Don't actually sell the stuff) You just need the bill of sale for everything and include in the bill of sale that the sale of items are for personal use and not for resale. Deposit that $100 in the new account. If you ever go to court. Bring the bill of sale and the bank statement. Plead your case is innocent and 100% compliant once you were notified by big bad The Photon Company. They need evidence to the contrary. This is america! Rave on...

Oh, my email **[Only registered and activated users can see links. [ Click HERE To Register... ]** ] and my phone number if you need it 760-889-4625 seriously, hit me up if you need anything. Jay

Page 4 of 4  « First  <  2  3  4  ▽

**Bookmarks**

🔹 Myspace    Ⓕ Facebook    📷 StumbleUpon    📊 Digg    del.icio.us    Ⓖ Google    Y! Yahoo

**Tags**

copyright, lawsuit, photons, wall of dicks

« Please help me ID this song Digitalism played at Nocturnal! | ey whooooss...... »



**Rave Links**

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may** post attachments
You **may** edit your posts

BB Code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**
Trackbacks are **Off**
Pingbacks are **On**
Refbacks are **On**

trance techno music drum & bass
download breakbeat musik hardcore
oldskool disco house musique
electro jungle deejay hardstyle
psytrance dnb dance

RaveLinks.com
Forums Home
Rave Blog

Ads by Google
· Photon 2
· Photon III
· LED Poi Stick
· Techno Moves
· Raver Gloves

Rave Party Pictures
MP3 DJ Mixsets
Music Videos

**50 22 Glowstick
Glow Necklaces
Halloween Party
Fun**
Current Bid: $24.98

Ads by ShoppingAds

Untitled

Aaron

Well, as bad as this shit sounds, at least it isn't just me. I was beginning to think the crap was all fabricated and that somebody really just hates me. I guess if its others... well... yeah. We'll see if it hits any of the Bigger Companies selling the same things we do.... because if not, that would be LAME.

I can't really comment on my current state of 'talks' with them... I advise you to do what I did though... find a friend / family who is also a lawyer. If they want me to pay them, it's next to impossible... I've hardly even made back all the costs of starting. That, plus tuition and medical bills... yeah.

I'm certainly humbled by them thinking I'm some massive, successful cooperation though, and not a legally impoverished kid selling lights out of a 400 square foot studio shared by somebody else... haha!

I like how they don't even know what our lights are like...

Different cases. Different switch. Different battery cage. Different DESIGN, different LED, different functionality.

Greed, the #1 force behind America!

Speaking for myself, and only myself, I'm hoping that they realize that I MAKE next to nothing, and that this is nothing but a huge waste of their time and energy. And speaking for both of us, here's to hoping they GET THAT and go after the people who are making thousands a day. E.G. NOT US.

Here's to punishment for having navigable websites. Cheers.

And for the record... I'm still up... so yeah

This whole thing isn't very PLUR... and they aren't suing INOVA...

I have a link TO PHOTON'S WEBSITE as a gesture of goodwill and soon enough I'll be selling LRI products side by side with mine... so as far as being accused of 'counterfieting' goes, it's BS.

If I were saying 'look these are Photons!' when they aren't, would I have a DISCLAIMER ON EVERY PAGE or a LINK TO PHOTONLIGHT.COM on my website? No sir. I've done nothing but cooperate with them. So they should get their efforts off me and put it where it matters most to them -- the websites ACTUALLY MAKING A LOT OF MONEY OFF THESE LIGHTS -- if we get taken down, it's only fair to assume they should too.

All our lights are are a similar alternative to Photon lights. They aren't "fakes" and they aren't the same -- it's pretty damned easy to tell that when you hold a photon in your left hand and one of our microlights in the right. If you don't want to pay $15 for a light when you don't need it to dim or when you want something cheaper that makes a solid beam of light, you get these. They aren't suing INOVA, and their lights are similar too. Plus INOVA are way nicer and far easier to deal with, as a company. I've given Photon the information they asked for, there's nothing else I can do.

ATTACHMENT 1-B

Untitled

Fuck Photon. Don't reply to the faggot publicly asking if you're the owner of rabbit lights. If he was going to help, he'd contact you privately. And as for them suing you, destroy every record of everything sold or that you've bought. Sell your computer and buy a new one. Create new online accounts. Only sell your lights at parties and via hand mail. Do not deposit checks/ money orders! Cash them. Put anything you own, car, house, club stereo, vending booth in your mom/ brother/ sister/ cousins name. Make sure you trust them! Don't leave a trace. Publicly denounce Photon on your sight, post the letter they sent you on the home page. Send them a response saying that the product you carried was a test run and state that very few had been sold yet and that you will fully comply with their request. Ask which products are supposedly in violation of their patent. This ought to buy you the time you need to get rid of any evidence. If you use a bank account, close it. Open two new ones. Find a friend to "sell" all remaining stock from your copy write infringing business for fair market value, maybe $100 or so. (Don't actually sell the stuff) You just need the bill of sale for everything and include in the bill of sale that the sale of items are for personal use and not for resale. Deposit that $100 in the new account. If you ever go to court. Bring the bill of sale and the bank statement. Plead your case as innocent and 100% compliant once you were notified by big bad The Photon Company. They need evidence to the contrary. This is america! Rave on... Oh, my email [Only registered and activated users can see links. ] and my phone number if you need it 760-889-4625 seriously, hit me up if you need anything. Jay

> *No, but can I get at that?*

😊

This message is too short so I'm entering more characters

`Quote`

---

📄 12.8.2008, 12:46 am                                                    #41

**Juno** 🔘
RaveLink's Owner
Favorite Music: Downtempo, techno.

Last Online: Today 4:14 pm
Join Date: April 2006
Location: Anaheim
Posts: 7,706

🖼️ **Re: Rabbitlights.com may be getting shut down and/or sued...**

Quote:

Originally Posted by **ahtnamas04** ▶
Σ(O_O)😵

*This message is too short so I'm entering more characters*

That wasn't a no, so I'll take it.

`Quote`

---

📄 12.8.2008, 1:56 am                                                     #42

**Butters89** 🔘
Senior Member
Favorite Music: Rock(any) HardStyle

Last Online: Today 2:56 am
Join Date: March 2008
Location: North Hollywood
Posts: 833

🖼️ **Re: Rabbitlights.com may be getting shut down and/or sued...**

Juno wins again!

+3 1/3

`Quote`

---

📄 23.8.2008, 9:51 pm                                                     #43

**racinghart** 🔘
Member
Favorite Music: trance

Last Online: 31.12.2008 5:38 am
Join Date: November 2007
Posts: 43

🖼️ **Re: Rabbitlights.com may be getting shut down and/or sued...**

hi samantha... its me aaron from orbitlightshow.com...

looks like the big guys are always picking on us little people again. i got the same lawsuit/threat sent to my mailbox the other day saying the same things (of course like i told you before they shut down my ebay account for awhile because i had lights for sale on there as well) but now they are at it again....

they want me to pay them and take down my website?!?

they are such freakin bastards. our lights arent even the same. they think they are but they have no idea.

`Quote`

---

📄 28.8.2008, 7:25 pm                                                     #44

ATTACHMENT 1-C

All times are GMT -4. The time now is 4:14 pm.

-- English (US)

RaveLinks.com - Archive - Top

Powered by vBulletin® Version 3.8.0 Beta 1
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.
Content Relevant URLs by vBSEO 3.2.0 RC7
Web site copyright © 1998-2009 RaveLinks.com. All rights reserved.

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69 70 71 72 73 74 75 76 77 78 79 80 81 82 83 84 85 86 87 88 89 90 91 92 93 94 95 96 97 98 99 100 101 102 103 104 105 106 107 108 109 110 111 112 113 114 115 116 117 118 119 120 121 122 123 124 125 126 127 128 129 130 131 132 133 134 135 136 137 138 139 140 141 142 143 144 145 146 147 148 149 150 151 152 153 154 155 156 157 158 159 160 161 162 163 164 165 166 167 168 169 170 171 172 173 174 175 176 177 178 179 180 181 182 183 184 185 186 187 188 189 190 191 192 193 194 195 196 197 198 199 200 201 202 203 204 205 206 207 208 209 210 211 212 213 214 215 216 217 218 219 220 221 222 223 224 225 226 227 228 229 230 231 232 233 234 235 236 237 238 239 240 241 242 243 244 245 246 247 248 249 250 251 252 253 254 255 256 257 258 259 260 261 262 263 264 265 266 267 268 269 270 271 272 273 274 275 276 277 278 279 280 281 282 283 284 285 286 287 288 289 290 291 292 293 294 295 296 297 298 299 300 301 302 303 304 305 306 307 308 309 310 311 312 313 314 315 316 317 318 319 320 321 322 323 324 325 326 327 328 329 330 331 332 333 334 335 336 337 338 339 340 341 342 343 344 345 346 347 348 349 350 351 352 353 354 355 356 357 358 359 360 361 362 363 364 365 366 367 368 369 370 371 372 373 374 375 376 377 378 379 380 381 382 383 384 385 386 387 388 389 390 391 392 393 394 395 396 397 398 399 400 401 402 403 404 405 406 407 408 409 410 411 412 413 414 415 416 417 418 419 420 421 422 423 424 425 426 427 428 429 430 431 432 433 434 435 436 437 438 439 440 441 442 443 444 445 446 447 448 449 450 451 452 453 454 455 456 457 458 459 460 461 462 463 464 465 466 467 468 469 470 471 472 473 474 475 476 477 478 479 480 481 482 483 484 485 486 487 488 489 490 491 492 493 494 495 496 497 498 499 500 501 502 503 504 505 506 507 508 509 510 511 512 513 514 515 516 517 518 519 520 521 522 523 524 525 526 527 528 529 530 531 532 533 534 535 536 537 538 539 540 541 542 543 544 545 546 547 548 549 550 551 552 553 554 555 556 557 558 559 560 561 562 563 564 565 566 567 568 569 570 571 572 573 574 575 576 577 578 579 580 581 582 583 584 585 586 587 588 589 590 591 592 593 594 595 596 597 598 599 600 601 602 603 604 605 606 607 608 609 610 611 612 613 614 615 616 617 618 619 620 621 622 623 624 625 626 627 628 629 630 631 632 633 634 635 636 637 638 639 640 641 642 643 644 645 646 647 648 649 650 651 652 653 654 655 656 657 658 659 660 661 662 663 664 665 666 667 668 669 670 671 672 673 674 675 676 677 678 679 680 681 682 683 684 685 686 687 688 689 690 691 692 693 694 695 696 697 698 699 700 701 702 703 704 705 706 707 708 709 710 711 712 713 714 715 716 717 718 719 720 721 722 723 724 725 726 727 728 729 730 731 732 733 734 735 736 737 738 739 740 741 742 743 744 745 746 747 748 749 750 751 752 753 754 755 756 757 758 759 760 761 762 763 764 765 766 767 768 769 770 771 772 773

# EXHIBIT E

**U.S. Patent**     Nov. 5, 1996     **Des. 375,372**



Fig.5



Fig.4



Fig.2



Fig.6



Fig.3



Fig.1



US00D375372S

# United States Patent [19]

## Allen

[11] **Patent Number:** Des. 375,372

[45] **Date of Patent:** ∗∗Nov. 5, 1996

[54] **POCKET FLASHLIGHT**

[76] Inventor: **David M. Allen,** P.O. Box 34, Blachly, Oreg. 97412-0034

[∗∗] Term: **14 Years**

[21] Appl. No.: **36,484**

[22] Filed: **Mar. 21, 1995**

[52] U.S. Cl. ........................................ **D26/37**

[58] Field of Search ........................ D26/37, 38, 46;
362/157, 158, 183, 186, 201, 202, 189, 103, 108, 109

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 313,662 | 1/1991 | Caires | D26/37 |
| D. 359,370 | 6/1995 | Tabor | D26/37 |
| D. 361,633 | 8/1995 | Chabria | D26/37 |
| D. 366,721 | 1/1996 | Borden | D26/37 |
| 1,866,600 | 7/1932 | Rauch | 362/189 |
| 2,528,701 | 11/1950 | Mitchell | D26/37 |

*Primary Examiner*—Marcus A. Jackson
*Attorney, Agent, or Firm*—Edward B. Watters

[57] **CLAIM**

The ornamental design for a pocket flashlight, as shown and described.

## DESCRIPTION

FIG. 1 is a front, right-side, and top perspective view of a pocket flashlight showing my new design;

FIG. 2 is a right-side elevational view thereof, the left-side elevational view being a mirror image of that shown;

FIG. 3 is a front view thereof;

FIG. 4 is a top plan view thereof;

FIG. 5 is a rear view thereof; and,

FIG. 6 is a bottom plan view thereof.

**1 Claim, 1 Drawing Sheet**



# EXHIBIT F



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Director of the United States Patent and Trademark Office*

EXHIBIT F

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31 and 34

## United States Patent and Trademark Office

Reg. No. 2,791,033
Registered Dec. 9, 2003

## TRADEMARK
### PRINCIPAL REGISTER



ALLEN, DAVID (UNITED STATES INDIVIDUAL)
93890 POPE ROAD
BLACHLY, WA 97412

FOR: BATTERY OPERATED PORTABLE ELEC-TRIC LIGHTS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 10-0-1994; IN COMMERCE 10-0-1994.

THE LINING IN THE DRAWING IS FOR SHAD-ING PURPOSES ONLY AND IS NOT A PART OF THE MARK

THE MARK CONSISTS OF THE EXTERNAL APPEARANCE OF A PERSONAL LIGHTING DE-VICE HAVING A SUBSTANTIALLY DIAMOND SHAPED MAIN BODY IN TOP PLAN VIEW, CON-SISTING OF MAJOR AND MINOR AXES, CONSIST-ING FURTHER OF WING-SHAPED APPURTENANCES ON EACH LATERAL SIDE OF THE MAJOR AXIS OF THE MAIN BODY CEN-TERED ABOUT THE MINOR AXIS OF THE MAIN BODY

SER. NO. 78-028,887, FILED 10-3-2000.

LYNN A. LUTHEY, EXAMINING ATTORNEY

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31 and 34

Reg. No. 2,791,033

United States Patent and Trademark Office

Registered Dec. 9, 2003

Corrected

OG Date Sep. 21, 2004

## TRADEMARK
## PRINCIPAL REGISTER



ALLEN, DAVID (UNITED STATES INDI-
VIDUAL)
93890 POPE ROAD
BLACHLY, OR 97412
    THE LINING IN THE DRAWING IS
FOR SHADING PURPOSES ONLY AND
IS NOT A PART OF THE MARK.
    THE MARK CONSISTS OF THE EX-
TERNAL APPEARANCE OF A PERSO-
NAL LIGHTING DEVICE HAVING A
SUBSTANTIALLY DIAMOND SHAPED
MAIN BODY IN TOP PLAN VIEW, CON-
SISTING OF MAJOR AND MINOR AXES,

CONSISTING FURTHER OF WING-
SHAPED APPURTENANCES ON EACH
LATERAL SIDE OF THE MAJOR AXIS
OF THE MAIN BODY CENTERED
ABOUT THE MINOR AXIS OF THE
MAIN BODY

    FOR: BATTERY OPERATED PORTA-
BLE ELECTRIC LIGHTS , IN CLASS 11
(U.S. CLS. 13, 21, 23, 31 AND 34).
    FIRST USE 10-0-1994; IN COMMERCE
10-0-1994.
    SER. NO. 78-028,887, FILED 10-3-2000.



*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Sep. 21, 2004.*



DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE